UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN H. BEACH,

    Plaintiff,

v.

CORIZON,

    Defendant,
_____/

Case No. 22-cv-12105
Hon. Matthew F. Leitman

## ORDER TERMINATING PLAINTIFF'S APPLICATION TO WAIVE THE FILING FEE (ECF No. 9) AS MOOT

On October 13, 2022, the Court issued an order that, among other things, granted Plaintiff Benjamin Beach's request to waive the filing fee in this action. (*See* Order, ECF No. 8.)  The Court therefore **TERMINATES AS MOOT** Beach's additional request to waive the filing fee that the Court received on October 13, 2022. (*See* ECF No. 9.)

    **IT IS SO ORDERED**.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  October 13, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 13, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126