UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN HOUGHTON BEACH,

        Plaintiff,

v.

CORIZON HEALTH,
MICHELLE BRAY, N.P.,
KEITH PAPENDICK, M.D.,
CONNIE WHIPPLE, and
KIMBERLY WILLIAMS, R.N.,

        Defendants.
_____/

Case No. 2:22-cv-12105
District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

## ORDER FOLLOWING AUGUST 4, 2025 STATUS CONFERENCE

Currently pending before the Court is the Corizon Defendants' motion to stay this action unless the U.S. Bankruptcy Court for the S.D. Tex in *In re Tehum Care Services, Inc.*, Case No. 23-90086 (CML), issues an order permitting the Plaintiff to further prosecute the action (*see* ECF No. 53), as to which Plaintiff's response is currently due on August 18, 2025 (*see* ECF No. 56).

Consistent with the statements made during today's video status conference, no later than **Monday, August 18, 2025**, Plaintiff **SHALL** file with the Court copies of his "Administrative Claim Holder's Request for Payment of Administrative Claims" form, along with his proof of service upon the recipient.

1

No later than **Monday, September 15, 2025**, the Corizon Defendants **SHALL** file a written status report, informing the Court of what they have learned – either from bankruptcy counsel or the claims servicer in that case – about the status of Plaintiff's opt in request.

No later than **Monday, October 13, 2025**, Plaintiff **SHALL** file any amendment to his forthcoming response to the Corizon Defendants' pending motion (ECF No. 53).

**IT IS SO ORDERED.**[1]

Dated: August 7, 2025

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).